# MOTION DOCKET

**00–1508.   Payphone Assn. of Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–487–TP–ALT. On motion for admission *pro hac vice* of Henry T. Kelly by Roger P. Sugarman. Motion granted.

**00–1625.   Green v. Toledo Hosp.**
Lucas App. No. L–97–1457. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Judgment Entry filed August 11, 2000, at page 14:

"Recognizing that our decision is in conflict with the Tenth Appellate District in *Banks v. D'Andrea* (Sept. 23, 1997), Franklin App. No. 97APG03–321, unreported [1997 WL 599920], and *State Auto. Mut. Ins. Co. v. Lytle* (March 5, 1985), Franklin App. No. 84AP–424, unreported [1985 WL 9887], we hereby certify the record of this matter to the Supreme Court of Ohio to determine whether syllabus paragraph three of *State v. Keairns* (1984), 9 Ohio St.3d 228 [9 OBR 569, 460 N.E.2d 245], applies to civil cases."

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

*Sua sponte,* cause consolidated with 00–1694, *Green v. Toledo Hosp.,* Lucas App. No. L–97–1457.

RESNICK, J., not participating.

**00–1658.   State ex rel. Sherrills v. State.**
Cuyahoga App. No. 78261. On motion for sanctions, motion for emergency relief to supplement record with evidence, and motion to supplement record. Motions denied.

**00–1673.   State ex rel. Sherrills v. Ohio Adult Parole Auth.**
Franklin App. No. 99AP–1295. On motion for sanctions and motion to supplement record to include further evidence. Motions denied.

**00–1697.   Abdullah v. Wilkinson.**
In Habeas Corpus. On motion for findings of fact and conclusions of law. Motion denied.